| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| | GREGORY F. HURLEY (SBN 126791) |
| 2 | MICHAEL J. CHILLEEN (SBN 210704) |
| | 3161 MICHELSON DRIVE, SUITE 1000 |
| 3 | Irvine, California 92612 |
| | Telephone: (949) 732-6500 |
| 4 | Facsimile: (949) 732-6501 |
| | Email: hurleyg@gtlaw.com; chilleenm@gtlaw.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | REAL MEX RESTAURANTS, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| RICHARD SKAFF, | CASE NO. C09-05518 JSW |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER GRANTING SUBSTITUTION OF ATTORNEYS |
| REAL MEX RESTAURANTS, INC.; GENERAL GROWTH PROPERTIES, INC.; and DOES 1 through 25, inclusive, | |
| Defendants. | |

[~~Proposed~~] Order Granting Substitution of Attorneys                                                                Case No. C09-05518 JSW
*OC 286,535,569v1*

1  Defendant REAL MEX RESTAURANTS, INC. substitutes in the following attorneys as its new
2  counsel of record in this matter:
3  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
4  MICHAEL J. CHILLEEN (SBN 210704)
   3161 MICHELSON DRIVE, SUITE 1000
5  Irvine, California 92612
   Telephone: (949) 732-6500
6  Facsimile: (949) 732-6501
   Email: hurleyg@gtlaw.com;
7  Email: chilleenm@gtlaw.com;
8
9  The following attorneys will no longer be representing Defendant REAL MEX RESTAURANTS,
   INC. in this matter:
10
11 CALL, JENSEN & FERRELL
   SCOTT J. FERRELL (SBN 202091)
12 SCOTT R. HATCH (SBN 241563)
   A Professional Corporation
13 610 Newport Center Drive, Suite 700
   Newport Beach, CA 926660
14 Telephone:  (949) 717-3000
   Facsimile:  (949) 717-3100
15 E-mail:  sferrell@calljensen.com
16 E-Mail:  shatch@calljensen.com
17
18 **IT IS SO ORDERED:**
19
20 DATED:  March 1    , 2010        _____
                                    JEFFREY S. WHITE
21                                  UNITED STATES DISTRICT JUDGE

---

[Proposed] Order Granting Substitution of Attorneys                Case No. C09-05518 JSW
OC 286,535,569v1

1