Jamerson C. Allen (State Bar No. 132866)
Cara Ching-Senaha (State Bar No. 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail: allenj@jacksonlewis.com
E-mail: ching-senahac@jacksonlewis.com
Attorneys for Defendant
GENERAL GROWTH PROPERTIES, INC.

Gregory F. Hurley, Esq.
Michael J. Chilleen, Esq.
Greenberg Traurig, LLP
3161 Michelson Drive, Suite 1000
Irvine, CA  92612
Tel:  949-732-6614
Fax:  949-732-6501
Email: HurleyG@gtlaw.com
Email: ChilleenM@gtlaw.com
Attorneys for Defendant
REAL MEX RESTAURANTS, INC.

Sidney J. Cohen (State Bar No. 39023)
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Tel. (510) 893-6682
Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>             Plaintiff,<br><br>     v.<br><br>REAL MEX RESTAURANTS, INC.;<br>GENERAL GROWTH PROPERTIES, INC.<br>and DOES 1-25, Inclusive,<br><br>             Defendants. | Case No. C09-05518 JSW<br><br>**STIPULATION; DECLARATION; [PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO MEET AND CONFER** |

Stipulation; Declaration; [Proposed] Order for Enlargement of Time to Meet and Confer
Case No.  C09-05518 JSW

## STIPULATION

Defendants REAL MEX RESTAURANTS, INC. and GENERAL GROWTH PROPERTIES, INC., and Plaintiff RICHARD SKAFF (collectively "Parties"), by and through their attorneys of record, hereby stipulate to an extension of time from March 31, 2010 to April 30, 2010 by which to meet and confer pursuant to the Court's Scheduling Order and General Order 56.

IT IS SO AGREED AND STIPULATED.

RESPECTFULLY SUBMITTED,

Dated: March 31, 2010      JACKSON LEWIS LLP

By: ____/s/ Cara Cing-Senaha_____
Jamerson C. Allen
Cara Ching-Senaha
Attorneys for Defendant
General Growth Properties, Inc.

Dated: March 31, 2010      SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By: ____/s/ Sidney J. Cohen_____
Sidney J. Cohen
Attorneys for Plaintiff
Richard Skaff

Dated: March 31, 2010      GREENBERG TRAURIG

By: ____/s/ Michael J. Chilleen_____
Michael J. Chilleen
Attorneys for Defendant
Real Mex Restaurants, Inc.

## DECLARATION OF CARA CHING-SENAHA

I, Cara Ching-Senaha, hereby declare on the basis of personal knowledge:

1. I am an attorney with Jackson Lewis LLP, counsel of record for Defendant General Growth Properties, Inc. in this action. I am an attorney in good standing and licensed to

Stipulation; Declaration; [Proposed] Order for Enlargement of Time to Meet and Confer
Case No. C09-05518 JSW

practice in the courts of California, in the United States District Court for the Northern, Eastern, and Central Districts, and in the United States Court of Appeals for the Ninth Circuit. If called upon to testify, I would testify as follows.

2. All Parties though their counsel have jointly agreed to extend the time for meeting and conferring by at least (30) thirty days, to no earlier than April 30, 2010, based on the following:

    a. The Parties, counsel, and Plaintiff's expert attended the joint site inspection on March 17, 2010 and complied with paragraph 3 of General Order 56. Late in the day on Friday, March 26, 2010, Plaintiff's expert competed his voluminous single-spaced Report, which exceeds 100 pages and which includes extensive detail regarding the alleged barriers to access at Defendants' facilities. Late in the day on Friday, March 26, 2010, Plaintiff's counsel e-mailed the Report to defense counsel; and

    b. The availability of Defendant's access expert, Kim Blackseth, has recently been limited, due to unforeseen circumstances outside of the control of Mr. Blackseth and the Parties. In particular, Mr. Blackseth underwent emergency surgery during the latter half of this month and is recuperating.

3. In light of the foregoing and the Parties' stipulation above, the Parties agree good cause exists to extend the March 31, 2010 deadline to meet and confer by at least thirty (30) days, to no earlier than April 30, 2010.

4. A Stipulation to extend the time for General Growth Properties, Inc. to respond to the Complaint and an enlargement of time to conduct the joint site inspection are the only previous modifications in the case by Stipulation or Court Order.

5. With the exception of extending the March 31, 2010 deadline for the meet and confer, this enlargement will not affect court ordered deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of March, 2010 in San Ramon, California.

*/s/ Cara Ching-Senaha*
Cara Ching-Senaha

## ORDER

Having considered the Parties' Stipulation and the supporting Declaration, and for good cause shown, the Court hereby extends the date by which the parties must meet and confer from March 31, 2010 to April 30, 2010.

IT IS SO ORDERED.

Date: __April 1__, 2010

_____
Jeffrey S. White
United States District Judge

H:\G\General Growth Properties (109913)\Skaff v Real Mex (152478)\Pleadings\20100330 EIG jt stip re eot to meet confer - rev per Cohen changes - CMC final 03312010.doc

Stipulation; Declaration; [~~Proposed~~] Order for Enlargement of Time to Meet and Confer
Case No. C09-05518 JSW