SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>Plaintiff,<br><br>V.<br><br>REAL MEX RESTAURANTS, INC; GENERAL GROWTH PROPERTIES, INC. and DOES 1-25, Inclusive,<br><br>Defendants.<br>_____ / | CASE NO. C 09-05518 JSW<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER [PROPOSED] FOR PARTIAL DISMISSAL OF THE INJUNCTIVE RELIEF ASPECT OF THE LAWSUIT AGAINST GENERAL GROWTH PROPERTIES, INC. ONLY** |

FRCP 41

Plaintiff RICHARD SKAFF, by and through his attorney, and Defendant GENERAL GROWTH PROPERTIES, INC, by and through its attorneys, file this "STIPULATION AND ORDER [PROPOSED] FOR PARTIAL DISMISSAL OF THE INJUNCTIVE RELIEF ASPECT OF THE LAWSUIT AGAINST GENERAL GROWTH PROPERTIES, INC. ONLY" pursuant to Federal Rule of Civil Procedure 41.

Plaintiff filed this lawsuit on November 20, 2009.

Plaintiff and defendant General Growth Properties, Inc have entered into a "Mutual Release And Settlement Agreement For Injunctive Relief Only" which partially settles the injunctive relief aspect of the lawsuit against defendant General Growth Properties, Inc. The "Mutual Release And Settlement Agreement For Injunctive Relief Only" is attached as Exhibit 1 and is incorporated by reference

Stipulation and Order [Proposed] for Partial
Dismissal of the Injunctive Relief Aspect of the
Lawsuit against General Growth Properties, Inc.Only

herein as if set forth in full.

Paragraph IIJ of the "Mutual Release And Settlement Agreement For Injunctive Relief Only," entitled "Court Retention Of Jurisdiction," states in part that "The Court shall retain jurisdiction to enforce this Settlement Agreement....."

Paragraph IIAA of the "Mutual Release And Settlement Agreement For Injunctive Relief Only," entitled "Matters That Are The Subject Of Continuing Litigation," states in part that "Injunctive Relief items 4.7 (Bus Stop Pad), 4.42 (Ownership Issue), 4.43 (Ownership Issue), 4.44 (Ownership Issue), and 4.45 (Ownership Issue) in Exhibit 1; the damages claimed by Plaintiff; and attorney's fees, litigation expenses, and costs claimed by both Parties are not a part of this "Mutual Release And Settlement Agreement For Injunctive Relief Only" and are the subject of continuing negotiation and litigation in this action."

Except for the matters which are the subject of continuing litigation between Plaintiff and defendant General Growth Properties, Inc as set forth in Paragraph IIAA, supra, Plaintiff moves to dismiss with prejudice the injunctive relief aspect of the lawsuit against defendant General Growth Properties, Inc. only.

Defendant General Growth Properties, Inc, who has answered the complaint, agrees to the dismissal of the injunctive relief aspect of the lawsuit with prejudice against defendant General Growth Properties, Inc. only as set forth, supra.

This case is not a class action, and no receiver has been appointed.

This Stipulation may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and binding as original signatures.

Wherefore, Plaintiff and Defendant General Growth Properties, Inc, by and through their attorneys of record, so stipulate.

Stipulation and Order [~~Proposed~~] for Partial
Dismissal of the Injunctive Relief Aspect of the
Lawsuit against General Growth Properties, Inc.Only

-1-

| | |
|---|---|
| Date: 6/10/11 | SIDNEY J. COHEN PROFESSIONAL CORPORATION |
| | /s/ Sidney J. Cohen |
| | Sidney J. Cohen<br>Attorney for Plaintiff Richard Skaff |
| Date: 6/9/11 | JACKSON LEWIS LLP |
| | /s/ Sidney J. Cohen |
| | Cara Ching-Senaha<br>Attorneys for Defendant<br>General Growth Properties, Inc. |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

Except for Injunctive Relief items 4.7 (Bus Stop Pad), 4.42 (Ownership Issue), 4.43 (Ownership Issue), 4.44 (Ownership Issue), and 4.45 (Ownership Issue) in Exhibit 1 to the Parties' "Mutual Release And Settlement Agreement For Injunctive Relief Only," the injunctive relief aspect of the lawsuit against defendant General Growth Properties, Inc. only is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement For Injunctive Relief Only." The aforesaid excepted Injunctive relief items 4.7, 4.42, 4.43, 4.44, and 4.45 and the damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit are the subject of continuing litigation.

Date: June 15, 2011

*Jeffrey S. White*
Jeffrey S. White
United States District Judge

Stipulation and Order [~~Proposed~~] for Partial Dismissal of the Injunctive Relief Aspect of the Lawsuit against General Growth Properties, Inc. Only

-2-