IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD SKAFF,

    Plaintiff,

v.

REAL MEX RESTAURANTS, INC., et al.,

    Defendants.

No. C 09-05518 JSW

**ORDER TO SHOW CAUSE**

On October 20, 2011, Defendant Real Mex Restaurants, Inc. ("Real Mex") filed a Notice of Bankruptcy Filing and Automatic Stay. The Notice provides that on October 4, 2011, Real Mex filed a voluntary bankruptcy petition in the United States Bankruptcy Court for the District of Delaware. Pursuant to 11 U.S.C. § 362(a), the filing of the petition operates as a stay as to all actions against Real Mex.

By no later than November 4, 2011, the parties in the above captioned matter shall file simultaneous briefs explaining what effect, if any, the stay as to Real Mex has on the case with respect to the other parties. In particular, the parties should address whether the case may proceed against General Growth Properties, Inc.

**IT IS SO ORDERED.**

Dated: October 24, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE