**United States District Court**

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   RICHARD SKAFF,

10          Plaintiff,                                    No. C 09-05518 JSW

11      v.

12   REAL MEX RESTAURANTS, INC., et al.,          **ORDER DIRECTING GENERAL GROWTH PROPERTIES TO FILE A MOTION TO STAY**

13          Defendants.
                                              /

14

15          In response to the Court's order to show cause, it has become clear that the parties

16   dispute what effect, if any, the automatic stay as to Defendant Real Mex Restaurants, Inc.

17   ("Real Mex") has on the case with respect to the other parties. General Growth Properties, Inc.

18   and Real Mex contend that the case should be stayed as to all parties. Plaintiff disagrees and

19   argues that this action may proceed against General Growth Properties, Inc. ("General

20   Growth"). The Court HEREBY ORDERS that by no later than November 18, 2011, General

21   Growth shall file a noticed motion to stay this action.

22          **IT IS SO ORDERED.**

23

24   Dated: November 7, 2011                      _____
                                                  JEFFREY S. WHITE
25                                                UNITED STATES DISTRICT JUDGE

26

27

28