**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD SKAFF,

    Plaintiff,

v.

REAL MEX RESTAURANTS, INC., et al.,

    Defendants.

No. C 09-05518 JSW

**ORDER DIRECTING GENERAL GROWTH PROPERTIES TO FILE A MOTION TO STAY**

    In response to the Court's order to show cause, it has become clear that the parties dispute what effect, if any, the automatic stay as to Defendant Real Mex Restaurants, Inc. ("Real Mex") has on the case with respect to the other parties. General Growth Properties, Inc. and Real Mex contend that the case should be stayed as to all parties. Plaintiff disagrees and argues that this action may proceed against General Growth Properties, Inc. ("General Growth"). The Court HEREBY ORDERS that by no later than November 18, 2011, General Growth shall file a noticed motion to stay this action.

    **IT IS SO ORDERED.**

Dated: November 7, 2011

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE