SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>    Plaintiff,<br><br>V.<br><br>REAL MEX RESTAURANTS, INC; GENERAL GROWTH PROPERTIES, INC. and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. C 09-05518 JSW<br><u>Civil Rights</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Stipulation and [~~Proposed~~] Order To
Continue Case Management Conference

1  Plaintiff RICHARD SKAFF, by and through his attorney, and defendant
2  GENERAL GROWTH PROPERTIES, INC, by and through its attorneys, file this
3  "STIPULATION AND [PROPOSED ] ORDER TO CONTINUE CASE
4  MANAGEMENT CONFERENCE" presently scheduled for September 21, 2012 and
5  to continue the Joint Case Management Statement presently due September 14,
6  2012 because plaintiff and defendant GENERAL GROWTH PROPERTIES, INC
7  have just reached agreement to settle all aspects of the lawsuit between them and
8  because they need approximately thirty (30) days to draft and enter into a formal and
9  complete written Settlement Agreement, to enter into a stipulation and order for
10 dismissal with prejudice of the remainder of the lawsuit between them, and to obtain
11 court Order dismissing with prejudice the remainder of the lawsuit between them.

12  Plaintiff and defendant GENERAL GROWTH PROPERTIES, INC
13 previously settled all but a few of the items in the injunctive relief aspect of the
14 lawsuit between them. With the exception of these few items, the court dismissed
15 the injunctive relief aspect of the lawsuit with prejudice and retained jurisdiction to
16 enforce the settlement agreement for injunctive relief between plaintiff and
17 defendant GENERAL GROWTH PROPERTIES, INC (See Docket No.33).

18  Plaintiff and defendant GENERAL GROWTH PROPERTIES, INC stipulate
19 and agree that on September 10, 2012 Plaintiff and defendant GENERAL
20 GROWTH PROPERTIES, INC. reached an agreement to settle the remainder of
21 the lawsuit between them, which includes a settlement of the few unresolved
22 injunctive relief items between them and a settlement of the damages and attorney's
23 fees, litigation expenses, and costs aspects of the lawsuit between them.

24  Plaintiff and defendant GENERAL GROWTH PROPERTIES, INC further
25 stipulate and agree that they need up to thirty (30) days to draft and enter into a
26 formal, written settlement agreement, to draft and enter into a written Stipulation
27 And Order To Dismiss with prejudice the remainder of the lawsuit between them,

28 Stipulation and [Proposed] Order To
Continue Case Management Conference
-1-

1 to e file the Stipulation And Order To Dismiss with the court, and to obtain a court
2 order dismissing with prejudice any and all claims of the lawsuit between them.

3     Consequently, in the interests of judicial economy and maximization of the
4 judicial resources of the court and counsel, Plaintiff and defendant GENERAL
5 GROWTH PROPERTIES, INC stipulate and agree to a continuance of the case
6 management conference from September 21, 2012 to October 26, 2012 and to a
7 continuance of the presently scheduled joint case management statement from
8 September 14, 2012 to October 19, 2012 so that they may consummate the
9 settlement of the lawsuit between them and the dismissal with prejudice of any and
10 all claims of the lawsuit between them prior to a case management conference.

11     Wherefore, it is so stipulated.

12 Date: September 11, 2012     SIDNEY J. COHEN
    PROFESSIONAL CORPORATION
13     /s/ Sidney J. Cohen

14     Sidney J. Cohen
    Attorney for Plaintiff Richard Skaff
15
Date: September 11, 2012     JACKSON LEWIS LLP
16     /s/ Cara Ching Senaha

17     Cara Ching-Senaha or Jamerson Allen
    Attorneys for Defendant
18     General Growth Properties, Inc.

19     **ORDER**

20     Having considered the aforesaid Stipulation, and for good cause shown, the
21 case management conference is continued from September 21, 2012 to
22 October 26, 2012 and the joint case management statement from September 14,
23 2012 to October 19, 2012.

24     **IT IS SO ORDERED.**

25 Date: September 12, 2012

26     Jeffrey S. White
    United States District Judge

27

28 Stipulation and [Proposed] Order To
Continue Case Management Conference
    -2-