| | |
|---|---|
| 1 | Jamerson C. Allen (State Bar No. 132866) |
| | Cara Ching-Senaha (State Bar No. 209467) |
| 2 | JACKSON LEWIS LLP |
| | 50 California Street, Ninth Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 394-9400 |
| 4 | Facsimile: (415) 394-9401 |
| | E-mail: allenj@jacksonlewis.com |
| 5 | E-mail: ching-senahac@jacksonlewis.com |
| | Attorneys for Defendant |
| 6 | GENERAL GROWTH PROPERTIES, INC. |

Sidney J. Cohen (State Bar No. 39023)
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Tel. (510) 893-6682
Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF, | Case No. C: 09-05518 JSW |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| REAL MEX RESTAURANTS, INC.; GENERAL GROWTH PROPERTIES, INC. and DOES 1-25, Inclusive, | Complaint Filed: 11/20/2009 |
| Defendants. | Trial Date: None set |

Plaintiff Richard Skaff and Defendant General Growth Properties, Inc., through their attorneys of record ("Parties"), hereby jointly stipulate to the following:

1. The Parties have and continue their diligent efforts to negotiate informal resolution. Negotiations continue. If informal resolution is reached, then a case management conference will be unnecessary; and

2. Plaintiff's counsel is unavailable, due to a trip out of the country, starting October 28,

1
**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER**                Case No. C09-05518 JSW

2012 through and including November 17, 2012. In addition, defense counsel is unavailable, due to pre-existing business and other commitments, from November 29 through and including December 1.

Therefore, for these reasons, the Parties jointly stipulate and request the Court continue the Case Management Conference currently scheduled for Friday, October 26, 2012, and the attendant date for submission of a Joint Statement currently due Friday, October 19, 2012, as follows:

Counsel for the Parties are available to attend a case management conference on Friday, December 14, 2012. Counsel for the Parties agree that if informal resolution is not reached, then they will submit their joint statement to the court on or before Friday, December 7, 2012.

IT IS SO STIPULATED.

Dated: October 11, 2012     SIDNEY J. COHEN PROFESSIONAL CORPORATION

By:    /s/ Sidney Cohen
Sidney J. Cohen
Attorneys for Plaintiff
RICHARD SKAFF

Dated: October 11, 2012     JACKSON LEWIS LLP

By:    /s/ Cara Ching-Senaha
Jamerson C. Allen
Cara Ching-Senaha
Attorneys for Defendant
GENERAL GROWTH PROPERTIES, INC.

### [~~PROPOSED~~] ORDER

The terms of the Stipulation herein above are hereby approved and adopted.

The Case Management Conference currently scheduled for October 26, 2012, is hereby continued to ~~December 14, 2012, at ___:___ __.m.~~ January 18, 2013 at 1:30 p.m. The Parties shall file with the Court a Joint Statement seven (7) calendar days prior.

IT IS SO ORDERED.

October 15, 2012     _____
District Court Judge Jeffrey S. White