SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>    Plaintiff,<br><br>V.<br><br>REAL MEX RESTAURANTS, INC; GENERAL GROWTH PROPERTIES, INC. and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 09-05518 JSW<br><u>Civil Rights</u><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Joint Stipulation and [Proposed] Order To
Continue Case Management Conference

1     Plaintiff RICHARD SKAFF, by and through his attorney, and defendant GENERAL GROWTH PROPERTIES, INC, by and through its attorneys, file this "STIPULATION AND [PROPOSED ] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**,**" presently scheduled for January 18, 2013, to January 25, 2013 because Plaintiff's counsel, Sidney J. Cohen, a solo practitioner, will be out of the state and unavailable on January 18, 2012 or, if January 25, 2013 is not available to the court, to February 8, 2013 because Defendant's counsel, Cara Ching-Senaha, will be in trial on February 1, 2013 and will be unavailable on that date.

    The parties further stipulate to the following in support of this request to continue the case management conference from January 18, 2013 to January 25, 2013 or in the alternative, to February 8, 2013:

    1.   By "Joint Stipulation To Continue Case Management Conference; Proposed Order" dated and e filed with the Court on October 11, 2012 (Docket 58), the parties sought a continuance of the Case Management Conference from October 26, 2012 to December 14, 2012.

    2.   By Order dated and filed on October 15, 2012, the Court granted the parties request for a continuance, but set January 18, 2012 as the date for the conference.

    3.   Because Plaintiff's counsel will be out of state on January 18, 2012, the parties request this short, one week continuance to January 25, 2012 for the case management conference or, if January 25, 2013 is not available to the court, to February 8, 2013 because Defendant's counsel will be in trial on February 1, 2013 and unavailable on that date.

    IT IS SO STIPULATED:

//

//

Joint Stipulation and [Proposed] Order To
Continue Case Management Conference

-1-

| | |
|---|---|
| Date: 10/24/12 | SIDNEY J. COHEN PROFESSIONAL CORPORATION<br>/s/ Sidney J. Cohen |
| | Sidney J. Cohen<br>Attorney for Plaintiff Richard Skaff |
| Date: 10/24/12 | JACKSON LEWIS LLP<br>/s/ Cara Ching-Senaha |
| | Cara Ching-Senaha<br>Attorneys for Defendant<br>General Growth Properties, Inc. |

## ORDER

Having considered and approved the aforesaid Stipulation, the case management conference is continued from January 18, 2013 to ~~January 25,~~ February 8 2013. The parties shall file a Joint Case Management Statement with the Court no later than seven (7) calendar days prior to the date of the Case Management Conference.

**IT IS SO ORDERED.**

Date: October 26, 2012

Jeffrey S. White
United States District Judge

Joint Stipulation and [~~Proposed~~] Order To
Continue Case Management Conference

-2-