Jamerson C. Allen (State Bar No. 132866)
Cara Ching-Senaha (State Bar No. 209467)
JACKSON LEWIS LLP
50 California Street, Ninth Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: allenj@jacksonlewis.com
E-mail: ching-senahac@jacksonlewis.com
Attorneys for Defendant
GENERAL GROWTH PROPERTIES, INC.

Sidney J. Cohen (State Bar No. 39023)
SIDNEY  J.  COHEN  PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Tel. (510) 893-6682
Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REAL MEX RESTAURANTS, INC.;<br>GENERAL GROWTH PROPERTIES, INC.<br>and DOES 1-25, Inclusive,<br><br>　　　　Defendants. | Case No. C: 09-05518 JSW<br><br>**THIRD JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Complaint Filed:  11/20/2009<br><br>Trial Date:　　None set |

　　　Plaintiff Richard Skaff and Defendant General Growth Properties, Inc. ("GGP"), through their attorneys of record ("Parties"), hereby jointly stipulate to the following:

　　　1. The Parties request the case management conference currently scheduled on March 29, 2013 before U.S. District Judge White be continued for 30 days, or as soon thereafter as when the court is next available, with the expectation that the Plaintiff and GPP will file a Request for Dismissal within the next 30 days thereby making a case management conference unnecessary.

1

Therefore, for these reasons, the Parties jointly stipulate and request the Court continue for no less than 30 days the Case Management Conference currently scheduled for Friday, March 28, 2013, and the attendant date for submission of a Joint Statement.

IT IS SO STIPULATED.

Dated: March 20 2013    SIDNEY J. COHEN PROFESSIONAL CORPORATION

By: _____
Sidney J. Cohen
Attorneys for Plaintiff
RICHARD SKAFF

Dated: March 20, 2013    JACKSON LEWIS LLP

By: /s/ Cara Ching-Senaha
Jamerson C. Allen
Cara Ching-Senaha
Attorneys for Defendant
GENERAL GROWTH PROPERTIES, INC.

[PROPOSED] ORDER

The terms of the Stipulation herein above are hereby approved and adopted.

The Case Management Conference currently scheduled for March 29, 2013, is hereby continued no less than 30 days to May 10, 2013, at 1:30 pm. The Parties shall file with the Court a Joint Statement seven (7) calendar days prior. IT IS SO ORDERED.

March 21, 2013    _____
District Court Judge Jeffrey S. White

2

THIRD JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER    Case No. C09-05518 JSW