1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   RICHARD SKAFF

5
                    UNITED STATES DISTRICT COURT
6
                  NORTHERN DISTRICT OF CALIFORNIA
7
   RICHARD SKAFF                         CASE NO. C 09-05518 JSW
8                                        Civil Rights
           Plaintiff,
9
   V.
10
   REAL MEX RESTAURANTS,                 STIPULATION AND [PROPOSED]
11 INC; GENERAL GROWTH                   ORDER FOR DISMISSAL
   PROPERTIES, INC. and DOES 1-          AGAINST GENERAL GROWTH
12 25, Inclusive,                        PROPERTIES, INC. ONLY

13         Defendants.                          FRCP 41
                                    /
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Stipulation And [Proposed] Order For Dismissal
   Against Defendant General Growth Properties, Inc .Only

1    Plaintiff RICHARD SKAFF, by and through his attorney, and Defendant

2  GENERAL GROWTH PROPERTIES, INC, by and through its attorneys, file this

3  "STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL AGAINST

4  GENERALGROWTH PROPERTIES, INC. ONLY" pursuant to Federal Rule of

5  Civil Procedure 41.

6    Plaintiff filed this lawsuit on November 20, 2009.

7    Plaintiff and Defendant General Growth Properties, Inc previously entered

8  entered into a "Mutual Release And Settlement Agreement For Injunctive Relief

9  Only"which, except for Injunctive Relief items 4.7, 4.42, 4.43, 4.44, and 4.45 in

10 Exhibit 1 to the Parties' "Mutual Release And Settlement Agreement For Injunctive

11 Relief Only," settled the injunctive relief aspect of the lawsuit against Defendant

12 General Growth Properties, Inc. Except for Injunctive Relief items 4.7, 4.42, 4.43,

13 4.44, and 4.45 in Exhibit 1 to the Parties' "Mutual Release And Settlement

14 Agreement For Injunctive Relief Only,"and except for the damages and attorney's

15 fees, litigation expenses, and costs aspect of the lawsuit, the Court dismissed the

16 injunctive relief aspect of the lawsuit against Defendant Growth Properties, Inc.

17 ( See Docket No. 33 )

18    Plaintiff and Defendant General Growth Properties, Inc. have now settled

19 Injunctive Relief items 4.7, 4.42, 4.43, 4.44, and 4.45 and have now settled the

20 damages and attorney's fees, litigation expenses, and costs aspect of the lawsuit

21 and have entered into a "Confidential Settlement Agreement, Waiver, And Release

22 For Damages And Attorney's Fees, Litigation Expenses, And Costs" which

23 evidences the settlement and which is incorporated by reference herein as if set forth

24 in full. The Confidential Settlement Agreement provides in part that the Court shall

25 retain jurisdiction to enforce the Agreement and that if the requirement arises to

26 submit the Agreement to the Court that it will be submitted under seal.

27

28 Stipulation And [Proposed] Order For Dismissal
   Against Defendant General Growth Properties, Inc .Only
                                                    -1-

1    Plaintiff and Defendant General Growth Properties jointly move to dismiss

2   with prejudice Injunctive Relief items 4.7, 4.42, 4.43, 4.44, and 4.45 in Exhibit 1

3   to the Parties' "Mutual Release And Settlement Agreement For Injunctive Relief

4   Only" and the damages and attorney's fees, litigation expenses, and costs aspects

5   of the lawsuit by and between Plaintiff and Defendant Growth Properties .

6    This case is not a class action, and no receiver has been appointed.

7    This Stipulation  may be signed in counterparts, and facsimile or

8   electronically transmitted signatures shall be as valid and binding as original

9   signatures.

10    Wherefore, Plaintiff and Defendant General Growth Properties, Inc, by and

11  through their attorneys of record, so stipulate.

12  Date:  2/25/13                    SIDNEY J. COHEN
                                       PROFESSIONAL CORPORATION

13

14  _____

15                                     Sidney J. Cohen
                                       Attorney for  Plaintiff Richard Skaff

16  Date: 3/5/2013                     JACKSON LEWIS LLP

17

18                                     Cara Ching-Senaha
                                       Attorneys for Defendant
19                                     General Growth Properties, Inc.

20

    **PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO
21   ORDERED:**

22    Injunctive Relief items 4.7, 4.42, 4.43, 4.44, and 4.45 in Exhibit 1 to the

23  Parties' "Mutual Release And Settlement Agreement For Injunctive Relief Only"

24  and the damages and attorney's fees, litigation expenses, and costs aspects of the

25  lawsuit by and between Plaintiff and Defendant Growth Properties is dismissed with

26  prejudice. The Court shall retain jurisdiction to enforce the parties' "Confidential

27  Settlement Agreement, Waiver, And Release For Damages And Attorney's Fees,

28  Stipulation And [Proposed] Order For Dismissal
    Against Defendant General Growth Properties, Inc .Only
                                       -2-

1   Litigation Expenses, And Costs." If the requirement arises to submit the

2   Confidential Agreement to the court, it shall be submitted under seal.

3   Date:  April 8, 2013 _____

                                                                                       Jeffrey S. White

4                                                                         United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation And [Proposed] Order For Dismissal
     Against Defendant General Growth Properties, Inc .Only