IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD SKAFF,

    Plaintiff,                                               No. C 09-05518 JSW

    v.

REAL MEX RESTAURANTS, INC., et al.,       **ORDER LIFTING STAY**

    Defendants.

    This action was stayed as to Defendant Real Mex Restaurants, Inc. ("Real Mex") pursuant to an automatic stay in light of the bankruptcy petition. However, Real Mex informed the Court that the bankruptcy proceedings have been completed. Accordingly, the Court HEREBY lifts the stay.

    The Court further orders that there will be a case management conference on May 24, 2013 at 1:30 p.m. Plaintiff Richard Skaff and Real Mex shall file their joint case management statement by no later than May 17, 2013.

    **IT IS SO ORDERED.**

Dated: May 8, 2013

                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE

Case3:09-cv-05518-JSW Document70 Filed05/08/13 Page2 of 2