1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682

4  Attorneys for Plaintiff
   RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>    Plaintiff,<br><br>V.<br><br>REAL MEX RESTAURANTS, INC; GENERAL GROWTH PROPERTIES, INC. and DOES 1-25, Inclusive,<br><br>    Defendants. | CASE NO. C 09-05518 JSW<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL AGAINST DEFENDANT REAL MEX RESTAURANTS, INC.**<br><br>FRCP 41 |

Stipulation And [Proposed] Order For Dismissal
Against Defendant Real Mex Restaurants,, Inc.

1  Plaintiff RICHARD SKAFF, by and through his attorney, and Defendant
2  REAL MEX RESTAURANTS, INC, by and through its attorneys, file this
3  "STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL AGAINST REAL
4  MEX RESTAURANTS, INC" pursuant to Federal Rule of Civil Procedure 41.

5  Plaintiff filed this lawsuit on November 20, 2009.

6  On October 4, 2011, Defendant filed a voluntary bankruptcy in the United
7  States Bankruptcy Court for the District of Delaware. Accordingly, this Court
8  stayed this action as to Defendant pursuant to 11 U.S.C. 362(a) (Docket # 36).

9  Defendant has advised the Court that Defendant's bankruptcy is now over,
10 that Defendant is a defunct entity, and that Defendant has been liquidated and no
11 longer exists. (Docket #69).

12 Consequently, Plaintiff and Defendant jointly move to dismiss with
13 prejudice this action against Defendant REAL MEX RESTAURANTS, INC.

14 This case is not a class action, and no receiver has been appointed.

15 This Stipulation may be signed in counterparts, and facsimile or
16 electronically transmitted signatures shall be as valid and binding as original
17 signatures.

18 Wherefore, Plaintiff and Defendant REAL MEX RESTAURANTS, INC., by
19 and through their attorneys of record, so stipulate.

20 Date: 5/9/13                    SIDNEY J. COHEN
                                   PROFESSIONAL CORPORATION
21
                                   /s/ Sidney J. Cohen
22
                                   ───────────────────────────
                                   Sidney J. Cohen
23                                 Attorney for Plaintiff Richard Skaff

24 Date:                           GREENBERG TRAURIG, LLP

25                                 /s/ Gregory F. Hurley

26                                 ───────────────────────────
                                   Gregory F. Hurley
                                   Attorneys for Defendant
27                                 Real Mex Restaurants, Inc.

28

Stipulation And [Proposed] Order For Dismissal
Against Defendant Real Mex Restaurants,, Inc.
-1-

| | |
|---|---|
| 1 | |
| 2 | **PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:** |
| 3 | The lawsuit against Defendant REAL MEX RESTAURANTS, INC is |
| 4 | dismissed with prejudice. |
| 5 | Date: |
| 6 | May 10, 2013          Jeffrey S. White<br>United States District Judge |

Stipulation And [Proposed] Order For Dismissal
Against Defendant Real Mex Restaurants,, Inc .

-2-